**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **VELOS MEDIA, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BYTEDANCE LTD., BYTEDANCE PTE. LTD., BYTEDANCE INC., BYTEDANCE TECHNOLOGY LTD., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK, INC.,**<br><br>**Defendants.** | **Civil Action No. 1:25-cv-00967**<br><br>**JURY TRIAL DEMANDED** |

**SCHEDULING ORDER**

Pursuant to the Court's Standing Order Governing Proceedings in Patent Cases, the Court **ORDERS** that the following schedule will govern deadlines in the above-captioned case:

| Item | Deadline |
|---|---|
| Plaintiff serves preliminary infringement contentions in chart form identifying where each element is found in the accused product(s), the earliest priority date for each asserted claim, and produces conception/reduction-to-practice documents and the file history for each patent-in-suit. | December 22, 2025 |
| Parties file motion to enter an agreed Scheduling Order; if not agreed, submit a Joint Motion stating respective positions. Absent agreement, Plaintiff is responsible for timely submission of joint filings.<br><br>The parties shall also email the Court's law clerk a Word version of the filed documents. | January 9, 2026 |
| Deadline to file a motion for transfer. After this deadline, movants must seek leave of Court and show good cause for the delay. | January 20, 2026 |

| Item | Deadline |
|---|---|
| Defendants serve preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendants contend are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendants contend are directed to ineligible subject matter under section 101. Defendants shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). | March 2, 2026 |
| Parties exchange claim terms for construction. | March 16, 2026 |
| Parties exchange proposed claim constructions. | March 30, 2026 |
| Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. | April 6, 2026 |
| Deadline to meet and confer to narrow terms in dispute. | April 13, 2026 |
| Parties exchange revised list of terms/constructions. | April 13, 2026 |
| Defendants file Opening claim construction brief, including any arguments that any claim terms are indefinite. | April 20, 2026 |
| Plaintiff files Responsive claim construction brief. | May 11, 2026 |
| Defendants file Reply claim construction brief | May 26, 2026 |
| Parties to jointly email the law clerks to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. | May 26, 2026 |
| Plaintiff files Sur-Reply claim construction brief. | June 8, 2026 |

| Item | Deadline |
|---|---|
| Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br>*See* General Issues Note #9 regarding providing copies of the briefing to the technical advisor (if appointed). | June 11, 2026 |
| Parties submit optional technical tutorials to the Court and technical advisor (if appointed). | June 11, 2026 |
| Markman Hearing at 1:30 p.m. | June 22, 2026 |
| Fact discovery opens. | June 23, 2026 |
| Deadline to serve Initial Disclosures under Rule 26(a). | June 23, 2026 |
| Deadline to add parties. | July 21, 2026 |
| Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. | August 18, 2026 |
| Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.). | October 13, 2026 |
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue.<br><br>Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. | December 8, 2026 |
| Close of fact discovery. | January 12, 2027 |
| Opening expert reports. | January 19, 2027 |
| Rebuttal expert reports. | February 16, 2027 |
| Close of expert discovery. | March 2, 2027 |

| Item | Deadline |
|---|---|
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side.<br><br>The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | March 9, 2027 |
| Dispositive motion and *Daubert* motion deadline.<br>*See* OGP Note #9 regarding providing copies to the Court and technical advisor (if appointed). | March 16, 2027 |
| Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. | March 16, 2027 |
| Serve pretrial disclosures (jury instructions, exhibit lists, witness lists, deposition designations). | March 30, 2027 |
| Serve objections to pretrial disclosures and rebuttal disclosures. | April 13, 2027 |
| Parties jointly email the Court's law clerk to confirm pretrial conference and trial dates. | April 13, 2027 |
| Serve objections to rebuttal disclosures. | April 20, 2027 |
| File motions *in limine*. | April 20, 2027 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | April 27, 2027 |
| File oppositions to motions *in limine*. | April 27, 2027 |

| Item | Deadline |
| --- | --- |
| From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. | April 27, 2027 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. | May 4, 2027 |
| Deadline to file replies to motions *in limine*. | May 4, 2027 |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | May 11, 2027 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | May 13, 2027 |
| **Final Pretrial Conference**. Held in person unless otherwise requested. | May 18, 2027 |
| Jury Selection/Trial. | June 7, 2027 |

SIGNED this 12th day of January, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE