IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VELOS MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE PTE. LTD., BYTEDANCE INC., BYTEDANCE TECHNOLOGY LTD., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK INC.,<br><br>    Defendants. | CASE NO. No. 1:25-cv-00967-ADA<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF KEVIN HARDY

I, Kevin Hardy, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and counsel to Defendants TikTok Inc., ByteDance Inc., and their defendant affiliates (collectively, "TikTok").

2. I am fully familiar with the matters set forth in this declaration and submit this declaration in support of TikTok's Opposition to Velos's Motion for Anti-Interference Injunction.

3. Attached as **Exhibit A** is a true and correct copy of a Petition for Objection to Jurisdiction filed in the China action in the Chongqing No. One Intermediate People's Court (Yu 01 Min Chu No. 812) by Velos Media, LLC ("Velos"), Velos Media International Limited, and TechStream, LLC on January 21, 2026.

4. Attached as **Exhibit B** is a true and correct copy of the complaint filed by TikTok in the Business Law and Arbitration Court of São Paulo, Brazil on December 18, 2025.

5. Attached as **Exhibit C** is a true and correct copy of email correspondence between counsel for TikTok and counsel for Velos from January 12 to January 16, 2026.

      6.      Attached as **Exhibit D** is a true and correct copy of a letter from counsel for TikTok sent to counsel for Velos on January 23, 2026.

      7.      Attached as **Exhibit E** is a true and correct copy of an email from counsel for Velos to counsel for TikTok dated January 30, 2026, and the letter attached thereto.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on January 30, 2026, in Washington, D.C.

      */s/ Kevin Hardy*