# EXHIBIT C

# Homin Ban

| | |
|---|---|
| **From:** | Warren Lipschitz <wlipschitz@mckoolsmith.com> |
| **Sent:** | Friday, January 16, 2026 6:08 PM |
| **To:** | Kevin Hardy; Melissa Kalka; QE-Bytedance-Velos; melissa@gillamsmithlaw.com; Travis Underwood; Tom Gorham |
| **Cc:** | VelosMedia-TikTok |
| **Subject:** | RE: ByteDance / Velos Media: Correspondence |

[EXTERNAL EMAIL from **wlipschitz@mckoolsmith.com**]



**This message needs your attention**
- This is their first mail to some recipients.

Kevin,

We received your letter and are disappointed that ByteDance failed to stipulate that it won't use the Chinese lawsuit to interfere with these proceedings. Specifically, we note that ByteDance is unwilling to commit not to adjudicate issues of validity and infringement of Velos's US patents or seek or enforce an order compelling Velos to grant a license to ByteDance to US patents on terms set by the Chinese court. To ensure that the Chinese lawsuit will not improperly interfere with the US proceedings and Velos's US patent rights, Velos will be filing a motion for an anti-interference injunction.

If ByteDance is willing to so stipulate, please let us know.

Kind regards,
Warren Lipschitz

**McKool Smith** | Warren Lipschitz
Principal | Dallas, TX | Tel: (214) 978-4973

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Kevin Hardy <kevinhardy@quinnemanuel.com>
**Sent:** Friday, January 16, 2026 4:47 PM
**To:** Melissa Kalka <mkalka@McKoolSmith.com>; QE-Bytedance-Velos <qe-bytedance-velos@quinnemanuel.com>; melissa@gillamsmithlaw.com; Travis Underwood <travis@gillamsmithlaw.com>; Tom Gorham <tom@gillamsmithlaw.com>
**Cc:** VelosMedia-TikTok <VelosMedia-TikTok@mckoolsmith.com>
**Subject:** Re: ByteDance / Velos Media: Correspondence

Counsel,

Please see attached.

Regards,
Kevin

**Kevin Hardy | Quinn Emanuel Urquhart & Sullivan, LLP** | Tel: 202-538-8240

---

**From:** Kevin Hardy <kevinhardy@quinnemanuel.com>
**Sent:** Thursday, January 15, 2026 9:23 PM
**To:** Melissa Kalka <mkalka@McKoolSmith.com>; QE-Bytedance-Velos <qe-bytedance-velos@quinnemanuel.com>; melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>; Travis Underwood <travis@gillamsmithlaw.com>; Tom Gorham <tom@gillamsmithlaw.com>
**Cc:** VelosMedia-TikTok <VelosMedia-TikTok@mckoolsmith.com>
**Subject:** Re: ByteDance / Velos Media: Correspondence

Counsel,

We are in receipt of your letter and plan to respond tomorrow.

Regards,
Kevin

**Kevin Hardy | Quinn Emanuel Urquhart & Sullivan, LLP** | Tel: 202-538-8240

---

**From:** Melissa Kalka <mkalka@McKoolSmith.com>
**Sent:** Monday, January 12, 2026 5:06:41 PM
**To:** QE-Bytedance-Velos <qe-bytedance-velos@quinnemanuel.com>; melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>; Travis Underwood <travis@gillamsmithlaw.com>; Tom Gorham <tom@gillamsmithlaw.com>
**Cc:** VelosMedia-TikTok <VelosMedia-TikTok@mckoolsmith.com>
**Subject:** ByteDance / Velos Media: Correspondence

**[EXTERNAL EMAIL from mkalka@mckoolsmith.com]**

Counsel,

Please see attached sent on behalf of Warren Lipschitz.

Best regards,



NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.