# EXHIBIT D

**quinn emanuel** trial lawyers | washington, dc

555 13th Street NW, Suite 600, Washington, District of Columbia 20004 | TEL (202) 538-8000 FAX (202) 538-8100

January 23, 2026

<u>VIA E-MAIL</u>

Warren Lipschitz
McKool Smith
300 Crescent Court
Suite 1200
Dallas, TX 75201
wlipschitz@McKoolSmith.com

Re:   *Velos v. ByteDance*

Counsel,

We were surprised to see that Velos filed a Motion for an Anti-Interference Injunction last Friday after receiving our letter, which obviated any need for such a motion. As we said then and repeat now, there is no conflict or interference as between the co-pending actions—ByteDance's action in China and the U.S. litigation filed by Velos will proceed in parallel, as each involves distinct claims, arising under different legal regimes and different bodies of law. The same is true of the action ByteDance recently filed in Brazil.

To that end, and in order to reach a compromise, avoid the need for further motion practice, and permit the parties' cases each to proceed without interference, ByteDance proposes the following agreement, which can be memorialized in a stipulation that can be filed in the respective courts:

1. There are three pending actions between the parties: *Velos Media, LLC v. Bytedance Ltd, et al.*, Case No. 1:25-cv-00967 (W.D. Tex.) (the "US Action"); *Bytedance Ltd., et al. v. Velos Media, LLC, et al.*, Case No. (2025) Yu 01 Min Chu No. 812 (Chongqing No. One Intermediate People's Court) (the "China Action"); and *Bytedance Ltd., et al. v. Velos Media Int'l Ltd., et al.*, Case No. 4082684-31.2025.8.26.0100 (Court of Business Law and Arbitration of the Central Court of the Capital of the State of São Paulo) (the "Brazil Action").

2. ByteDance represents that the courts in the China Action and Brazil action will not adjudicate the validity or infringement of Velos's United States patents. Likewise, the

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

claims in the China Action and Brazil Action are declaratory in nature and do not include a claim seeking an order requiring Velos to grant a license to United States patents or an order to otherwise diminish Velos's U.S. patent rights.

2. For avoidance of doubt, ByteDance has not and will not take action in the China Action, Brazil Action, or elsewhere to interfere with the jurisdiction of the U.S. District Court for the Western District of Texas to adjudicate the validity and infringement of the United States patents asserted by Velos in the US Action.  ByteDance further has not taken and will not take action to deprive Velos of any rights and remedies it possesses under U.S. law regarding its U.S. patents.

3. For avoidance of doubt, Velos has not taken and will not take action in the US Action or elsewhere to interfere with the jurisdiction of the Chinese courts, including Chongqing No. One Intermediate People's Court, over the China Action or the Court of Business Law and Arbitration of the Central Court of the Capital of the State of São Paulo over the Brazilian action, including their jurisdiction to adjudicate the validity and infringement of Velos's Chinese and Brazilian patents, respectively.  Velos further has not and will not take action to deprive ByteDance of any rights and remedies it possesses under Chinese law or under Brazilian law regarding Velos's licensing efforts.

An agreement along these lines should allay Velos's concerns, ensure that these cases can proceed in parallel, and eliminate the need for motions practice.  To that end, we request that Velos withdraw its Motion for an Anti-Interference Injunction and, in any event, respond to this letter by January 27.  We look forward to hearing from you.

Very truly yours,


/s/ *Kevin Hardy*

Kevin Hardy
kevinhardy@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

2