# EXHIBIT E

**Homin Ban**

| | |
|---|---|
| **From:** | Beth Poppell <bpoppell@McKoolSmith.com> |
| **Sent:** | Friday, January 30, 2026 10:06 AM |
| **To:** | Kevin Hardy; QE-Bytedance-Velos; melissa@gillamsmithlaw.com; Travis Underwood; Tom Gorham; Rebecca Jin |
| **Cc:** | Warren Lipschitz; Mitch Verboncoeur; Erik Fountain; VelosMedia-TikTok |
| **Subject:** | Velos Media, LLC v. Bytedance Ltd., et al. - Case No. 1:25-cv-00967 - Plaintiff's Letter to Defendants |
| **Attachments:** | 2026-01-30 Lipschitz to Hardy.pdf |

[EXTERNAL EMAIL from bpoppell@mckoolsmith.com]



This message needs your attention
• Some Recipients have never replied to this perso

Counsel,

Please find attached a letter from Mr. Lipschitz to Mr. Hardy.

Thank you,

Beth



Beth Poppell
Senior Paralegal
Dallas, TX
Tel: (214) 978-4926
www.mckoolsmith.com

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

# McKool Smith

Warren Lipschitz
Direct Dial: (214) 978-4973
wlipschitz@McKoolSmith.com

300 Crescent Court
Suite 1200
Dallas, TX 75201

Telephone: (214) 978-4000
Facsimile: (214) 978-4044

January 30, 2026

**VIA EMAIL**

Kevin Hardy
Quinn Emanuel Urquhart & Sullivan LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004

    RE:  ByteDance Ltd. et al. Complaint against Velos Media, LLC et al. (Chongqing No. One Intermediate People's Court)

Counsel:

Thank you for your January 23, 2026 letter, but it does not resolve Velos's concerns regarding ByteDance's intent to interfere with the ongoing U.S. Litigation. Your choice to ignore some of our requests is extremely concerning, and suggests that ByteDance does, in fact, intend for its Chinese action to interfere with the case in the United States.

Will ByteDance and TikTok (including all Defendants named in the U.S. Litigation and all Plaintiffs named in the Chinese Complaint) stipulate that they will not interfere in any way with the U.S. Litigation, including but not limited to stipulating that those parties will not seek or enforce an order or encourage any foreign court to issue an order or directive: (a) adjudicating the infringement, validity, or damages of Velos's U.S. patents, (b) requiring Velos license its U.S. patents (or portfolio of patents including U.S. patents) on terms adjudicated by a Chinese or other foreign court, or (c) enjoining Velos from enforcing its patents in the U.S.?

We see no need for Velos to enter a stipulation because Velos is not seeking a global rate setting and is not seeking adjudication of Chinese or other foreign patents in the U.S. However, Velos cannot agree that it will not take steps to protect the U.S. Court's jurisdiction in the event ByteDance refuses or violates the proposed stipulation.

If Defendants and Plaintiffs named in the Chinese and Brazilian Complaint will stipulate to the conditions above, please let us know.

          Sincerely,

          */s/ Warren Lipschitz*
          Warren Lipschitz

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Washington, DC**