# EXHIBIT 1

**Yanfang Wang** is a professor and doctoral supervisor at the Intellectual Property School of East China University of Political Science and Law. From July 1996 to August 2021, she worked in the Intellectual Property Division of the Supreme People's Court of China in the positions of clerk, Assistant Judge, Judge, Presiding Judge and Senior Judge Second Grade. Her main research areas include trademark law, copyright law, competition law and and issues related to SEP. She also serves as a member of the Expert Pool of the Supreme People's Procuratorate of China, a member of the Expert Pool for Response to Overseas Intellectual Property Dispute of China National Intellectual Property Administration, an arbitrator at the World Intellectual Property Organization Arbitration and Mediation Center, the Shenzhen Court of International Arbitration, and the Hong Kong International Arbitration Center. She has served as an expert witness in multiple cases in Hong Kong, the United Kingdom, and the United States, and possesses extensive experience in judicial practice, international litigation, and arbitration.

## Education Background

- Renmin University of China, Ph.D. in Intellectual Property law (2014-2019)
- SOAS, University of London, UK, LLM in International and Comparative Commercial Law (2007-2008)
- Temple University, USA, LLM in American Commercial Law (1999-2001)
- Zhongnan University of Economics and Law, China, LL.B. in International Economic Law (1992-1996)

## Overseas Research Experiences

- Researched and studied antitrust law in International Visitor Leadership Program, USA, April 2015.
- Researched and studied patent law in the University of Washington, USA, July-August 2013.
- Researched and studied the protection of digital copyright in Stanford University, USA, April-May 2012.
- Researched and studied Japan's Intellectual Property system in JICA, Japan, October-November 2004.
- Researched and studied the protection of well-known trademarks in Max Planck Institute, Germany, September-October 2001.

## Keynote Speeches at International Academic Conferences

- Presented a keynote speech at the 2025 Conference on "Regulatory and Enforcement Developments for SEPs", Poland, March 2025.
- Presented a keynote speech at the Patents in Telecoms and the Internet of Things 2024 Conference, UK, May 2024.

- Presented keynote speech at the 33rd Annual Meeting of the MARQUES, Ireland, September 2019.
- Lectured for the Master Class, WIPO Judicial Training Program, China, 2018.
- Reviewed WIPO's judicial training textbook and provided comments as an invited expert, June 2017.
- Presented two keynote speeches respectively titled "The Role of Judges in the Law Enforcement of Intellectual Property Rights" and "China's Policy on Intellectual Property Protection and Competition" at Intellectual Property Teachers Conference jointly organized by WTO and WIPO, 2016.
- Presented keynote speech at Trademark Annual Meeting organized by the International Trademark Association, San Diego, USA, 2015.
- Presented keynote speech at The Fourth International Forum on Intellectual Property, Singapore, August 2013.
- Presented keynote speech on China's judicial protection of digital copyright at Chinese Law Forum, Stanford University, April 2012.
- Apart from above, also presented dozens of keynote speeches related to trademark law, copyright law and competition law at other international academic conferences held in China.

### Drafted the Following Judicial Interpretations:

- Interpretation of the Supreme People's Court Concerning the Application of Laws in the Trial of Civil Disputes over Copyright
- Notice of the Supreme People's Court on the Trial of Copyright Dispute Cases Involving Internet Cafes
- Interpretation of the Supreme People's Court on Several Issues Concerning the Application of Law in the Trial of Cases Involving Copyright Disputes over Computer Network
- Provisions of the Supreme People's Court on Several Issues Concerning the Application of Law in Civil Dispute Cases Involving Infringement of the Right of Dissemination on Information Networks
- Interpretation of the Supreme People's Court on Issues Concerning the Jurisdiction over Trademark Cases and Application of Law after the Entry into Force of the Decision on Amending the Trademark Law
- Interpretation of the Supreme People's Court Concerning the Application of Law in the Trial of Civil Disputes Arising from Trademarks

- Notice of the Supreme People's Court on the Jurisdiction over Cases of Civil Disputes involving the Determination of Famous Trademarks

## Participated in the Following Legislative Work:

- The amendment of Copyright Law
- The amendment of Trademark Law
- The amendment of Anti-Unfair Competition Law

## Tried more than 2000 cases, including the following key landmark cases:

Had undertaken more than 2,000 cases since becoming a judge of the Supreme People's Court in 2003, some of which are key landmark cases.

1. *Qihoo 360 Technology Co Ltd v. Tencent Technology (Shenzhen) Co., Ltd, Shenzhen Tencent Computer System Co., Ltd.* Case Number: (2013) minsanzhongzi No.5. This is a landmark case in Internet unfair competition dispute, clarifying the rules of competition in the Internet field, which is also the top ten cases in 2014, published in the Supreme People's Court Case Bulletin.

2. *Wu Xiaoqin v. Shaanxi Radio and Television Network Media (Group) Co., Ltd.* Case Number: (2016) zuigaofaminzai No.98. This case is about antitrust and is the first case concerning tie-in sale of public utility company in mainland China. It was selected as Supreme People's Court guidance case.

3. *Wang Suiyong v. EllASSAY.* Case Number: (2014) mintizi No.24. This case set the standard about bad faith litigation and abuse of trademark right.

4. *France Castel Brother SAS Limited v. Li Daozhi et al.* Case Number: (2014) mintizi No.25. In this case, Zhejiang High People's Court awarded plaintiff more than RMB 10 million in the first trial, and Supreme People's Court amended the amount of damages to RMB 500,000. It is of great significance to determine the rules for the determination of the amount of compensation for intellectual property rights.

5. *France Lacoste Co., Ltd v. Singapore Crocodile International Co., Ltd.* Case Number: (2009) minsanzhongzi No.3. This is a landmark case in the judgment of the trademark approximation, the opinion of which was generally applied by other Chinese courts.

6. *Huawei Technologies Co., Ltd. v. IDC Corporation.* This is the first case concerning dispute over standard essential patent royalty and was finally settled.

## Judges' Training Experience

- Had been teaching in National Judicial Academy's Intellectual Property Training Course from 2005 to 2021 by lecturing to judges nationwide on topics in the fields of copyright law / trademark law / competition law.

- Undertook the task of training intellectual property judges nationwide, including lectures to intellectual property judges of high people's courts, intermediate people's courts and primary people's courts in Beijing, Shanghai, Tianjin, Chongqing, Shandong, Hubei, Hunan, Sichuan, Zhejiang, Jiangsu, Tianjin, Guizhou, Guangxi, Heilongjiang, Liaoning, Henan, Fujian, Tibet, Xinjiang.

## Published Academic Works

**Trial Guidance Books Published by the Supreme People's Court:**

1. Guidance and Reference for Intellectual Property Trial
2. Judicial Protection of Intellectual Property Rights before Chinese Courts
3. A Guide to Intellectual Property Trial

**Monographs:**

- *An Axiology of the Anti-Unfair Competition Law*, the Commercial Press, November 2022

**Selected Academic Papers:**

1. Foundational Orientation of Liability for Online Copyright Infringement, Intellectual Property, 5-2025
2. Penetrative Reflections on Trademark Infringement Issues in Foreign-Related OEM, Intellectual Property, 8-2024
3. A Study on the Issue of Jurisdiction in Cases Involving Disputes Over the Right of Communication through Information Network, China Copyright, 5-2023
4. Normative Analysis of the Burden of Proof for Trade Secret Infringement, Intellectual Property, 7-2023
5. The Deficiency and Reconstruction of the Burden of Proof System for Infringement of Trade Secrets, China Law Review, 3-2023
6. On the behavior Nature and Responsibility Form of the Conflict between Trademarks and Enterprise Names-Also On the Existence or Abolition of Article 58 of the Chinese Trademark Law, Journal of Political Science and Law, 3-2023
7. Remodeling of Competitive Relationship in Anti-Unfair Competition Law, Journal of Political Science and Law, 2-2021
8. Business Ethics in Anti-Unfair Competition Law, Intellectual Property, 6-2020
9. Value Orientation of Anti-Unfair Competition Law - on the General Clause (Part I), China Patents and Trademarks, 2-2020
10. Value Orientation of Anti-unfair Competition Law-on the General Clause (Part II), China Patents and Trademarks, 3-2020

11. Determinant Criterion of Infringing the Right of Communication through Information Network, Peking University Law Journal, 2-2017

12. On the Determination of Jurisdiction of IP-Related Cases in the Digital World, Intellectual Property, 7-2017

13. An Overview and Judicial Trends of Internet Anti-Unfair Competition Cases, Competition Policy Research, 3-2016

14. On the Civil Application of the New Trademark Law, Intellectual Property, 11-2013