IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VELOS MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE PTE. LTD., BYTEDANCE INC., BYTEDANCE TECHNOLOGY LTD., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK INC.,<br><br>    Defendants. | CASE NO. No. 1:25-cv-00967-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING PLAINTIFF VELOS MEDIA, LLC'S**
**MOTION FOR ANTI-INTERFERENCE INJUNCTION**

Before the Court is Plaintiff Velos Media, LLC's Motion for Anti-Interference Injunction (the "Motion") at Dkt. 46. After consideration, the Court finds that the Motion should be, and hereby is, **DENIED**.