**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **VELOS MEDIA, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BYTEDANCE LTD., BYTEDANCE PTE. LTD., BYTEDANCE INC., BYTEDANCE TECHNOLOGY LTD., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK, INC.,**<br><br>**Defendants.** | **Civil Action No. 1:25-cv-00967**<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT MOTION TO AMEND SCHEDULING ORDER</u>**

Plaintiff Velos Media, LLC ("Velos" or "Plaintiff") and Defendants Bytedance Ltd., Bytedance Pte. Ltd., Bytedance Inc., Bytedance Technology Ltd., TikTok Ltd., TikTok Pte. Ltd., and TikTok Inc. (collectively, "TikTok" or "Defendants," and together with Plaintiff, the "Parties") respectfully submit this Joint Motion To Amend the Scheduling Order (Dkt. No. 85). Specifically, the Parties jointly move for an extension to all upcoming deadlines in the Scheduling Order, with an extension of slightly above or below 60 days to each deadline as reflected in the proposed Amended Scheduling Order attached hereto as Exhibit A. Given the complexities of this case, additional time is needed to complete fact discovery and to prepare final contentions and expert reports. Good cause exists for this extension because it will preserve judicial resources by allowing the Parties to avoid piecemeal supplementations to contentions and expert reports that

may otherwise be required absent this extension.[1] The Parties agree regarding this request and do not seek this amendment for the purpose of unnecessary delay.

The Parties respectfully request that the Court enter the Amended Scheduling Order attached hereto as Exhibit A.

[1] The parties make this joint request without prejudice to either party seeking further amendments to the Scheduling Order.

Dated: July 22, 2026.

Respectfully submitted,

*/s/ Warren H. Lipschitz*

Warren H. Lipschitz
wlipschitz@mckoolsmith.com
Texas State Bar No. 24078867
Erik Fountain
efountain@mckoolsmith.com
Texas State Bar No. 24097701
Eric Hansen
Texas State Bar No. 24062763
ehansen@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Ct. Ste. 1200
Dallas, TX 75224
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

R. Mitch Verboncoeur
mverboncoeur@mckoolsmith.com
Texas State Bar No. 24105732
**McKool Smith, P.C.**
303 Colorado St Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Eliza Beeney
ebeeney@mckoolsmith.com
Nina Labovich
nlabovich@mckoolsmith.com
**McKool Smith, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com

**McKool Smith, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Christopher Leone
cleone@McKoolSmith.com
Jamie Levien
jlevien@McKoolSmith.com
**McKool Smith, P.C.**
1717 K Street, NW Suite 1000
Washington, D.C. 20006
Telephone: (202) 370-8300
Telecopier: (202) 370-8344

***Attorneys for Plaintiff Velos Media, LLC***

*<u>/s/ Melissa R. Smith</u>*

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Sean Pak
CA Bar No. 219032 (*pro hac vice*)
seanpak@quinnemanuel.com
Melissa Baily
CA Bar No. 237649 (*pro hac vice*
forthcoming)
melissabaily@quinnemanuel.com
Sam Stake
CA Bar No. 257916 (admitted in W.D. Tex.)
samstake@quinnemanuel.com
Ognjen Zivojnovic
CA Bar No. 307801 (*pro hac vice*)
ogizivojnovic@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111

Tel: (415) 875-6600
Fax: (415) 875-6700

Kevin Hardy
D.C. Bar No. 473941 (admitted in W.D. Tex.)
kevinhardy@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Patrick Curran
MA Bar No. 568701 (admitted in W.D. Tex.)
patrickcurran@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Telephone: (617) 712-7100
Fax: (617) 712-7200

Valerie Lozano
CA Bar No. 260020 (*pro hac vice*)
valerielozano@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

***Attorneys for Defendants-Counterclaim Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 22, 2026.

*/s/ Warren H. Lipschitz*
Warren H. Lipschitz