# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**VELOS MEDIA, LLC,**

**Plaintiff,**

**v.**

**BYTEDANCE LTD., BYTEDANCE PTE. LTD., BYTEDANCE INC., BYTEDANCE TECHNOLOGY LTD., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK, INC.,**

**Defendants.**

**Civil Action No. 1:25-cv-00967**

**JURY TRIAL DEMANDED**

**AMENDED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16 and W.D. Tex. Loc. CV-16, the Court **ORDERS** that the following schedule will govern deadlines in the above-captioned case:

| Item | Old Deadline | New Deadline |
| --- | --- | --- |
| Markman Hearing at 9:00 a.m. (subject to the Court's adjustment) | --- (vacated by Dkt. No. 75) | --- (vacated by Dkt. No. 75) |
| Deadline to add parties. | July 21, 2026 | July 21, 2026 |
| Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. | August 18, 2026 | October 15, 2026 |
| Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.). | October 13, 2026 | December 10, 2026 |

| Item | Old Deadline | New Deadline |
|---|---|---|
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue.<br><br>Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. | December 8, 2026 | February 4, 2027 |
| Close of fact discovery. | January 12, 2027 | March 11, 2027 |
| Opening expert reports. | January 19, 2027 | March 18, 2027 |
| Rebuttal expert reports. | February 16, 2027 | April 15, 2027 |
| Close of expert discovery. | March 2, 2027 | April 29, 2027 |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side.<br><br>The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | March 9, 2027 | May 6, 2027 |
| Dispositive motion and *Daubert* motion deadline.<br>*See* OGP Note #9 regarding providing copies to the Court and technical advisor (if appointed). | March 16, 2027 | May 13, 2027 |
| Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. | March 16, 2027 | May 13, 2027 |

| Item | Old Deadline | New Deadline |
|---|---|---|
| Serve pretrial disclosures (jury instructions, exhibit lists, witness lists, deposition designations). | March 30, 2027 | May 27, 2027 |
| Serve objections to pretrial disclosures and rebuttal disclosures. | April 13, 2027 | June 10, 2027 |
| Parties jointly email the Court's law clerk to confirm pretrial conference and trial dates. | April 13, 2027 | June 10, 2027 |
| Serve objections to rebuttal disclosures. | April 20, 2027 | June 17, 2027 |
| File motions *in limine*. | April 20, 2027 | June 17, 2027 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | April 27, 2027 | June 24, 2027 |
| File oppositions to motions *in limine*. | April 27, 2027 | June 24, 2027 |
| From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. | April 27, 2027 | June 24, 2027 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. | May 4, 2027 | July 1, 2027 |
| Deadline to file replies to motions *in limine*. | May 4, 2027 | July 1, 2027 |

| Item | Old Deadline | New Deadline |
|---|---|---|
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | May 11, 2027 | July 8, 2027 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | May 13, 2027 | July 12, 2027 |
| **Final Pretrial Conference**. Held in person unless otherwise requested. | ---<br>(vacated by Dkt. No. 75) | ---<br>(vacated by Dkt. No. 75) |
| Jury Selection/Trial. | ---<br>(vacated by Dkt. No. 75) | ---<br>(vacated by Dkt. No. 75) |

SIGNED this ______ day of __________________________, 2026.

______________________________
ANDREW B. DAVIS
UNITED STATES DISTRICT JUDGE